TO: Mr. Abel Acosta

From: Mr. Eduardo De Leon #00769265

Date: 1·13·15

65690-02

Mr. Acosta I'm writing in reference to my indictment and Sentencing papers. My district courts have not answered any of my request. So I'm writing you to ask how can I recieve them from the Appeals court for the minimum cost. Thanks for your time and service in this matter.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

Sincerly,

Eduardo De Leon
Eduardo DeLeon